UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,         CASE No.: 09-CV-8616 (JGK)

       Plaintiff,

       v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

       Defendants.
-----------------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE that the undersigned has been retained as attorneys for Defendants Spongetech Delivery Systems, Inc., Michael L. Metter, Steven Moskowitz, Frank Lazauskas and RM Enterprises International, Inc., and hereby demands that all papers in the above-captioned action be served upon the undersigned at their offices located at Brown Rudnick LLP, Seven Times Square, New York, New York 10036.

    The undersigned counsel certify that they are admitted to practice in this Court.

| | |
|---|---|
| Martin S. Siegel | Tanya A. Bosi |
| msiegel@brownrudnick.com | tbosi@brownrudnick.com |
| Brown Rudnick LLP | Brown Rudnick LLP |
| Seven Times Square | Seven Times Square |
| New York, NY 10036 | New York, NY 10036 |
| Telephone: (212) 209-4800 | Telephone: (212) 209-4800 |
| Fax: (212) 209-4801 | Fax: (212) 209-4801 |
| Email: msiegel@brownrudnick.com | Email: tbosi@brownrudnick.com |

Dated: November 3, 2009       BROWN RUDNICK LLP

                                By: _s/Martin S. Siegel_____
                                     Martin S. Siegel

                                Brown Rudnick LLP
                                Seven Times Square

TO:  THE ROSEN LAW FIRM, P.A.    New York, NY 10036
       350 Fifth Avenue, Suite 5508     Tel: (212) 209-4800
       New York, New York 10118      Fax: (212) 209-4801
       Tel: (212) 686-1060

       Attorneys for Plaintiffs Quang Le,
       individually and on behalf of all
       others similarly situated

                                                                                                 8229716