```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

QUANG LE, ET AL.,

        Plaintiffs,        09 Civ. 8616 (JGK)
                                    09 Civ. 9037
    - against -                 ORDER

SPONGETECH DELIVERY SYSTEMS, INC.,
ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    The defendants are requested to provide the Court with a list of all pending related cases and motions.

SO ORDERED.

Dated:    New York, New York
           January 8, 2010

                                        /s/ John G. Koeltl
                                       John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/10