UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

        Plaintiffs,                      Case No. 09-CV-8616 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,
                                                    **APPEARANCE**

        Defendants.
---------------------------------------------------------------- X
JEFFREY P. ORLAN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

        Plaintiffs,                      Case No. 09-CV-9037 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

        Defendants.
---------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Spongetech Delivery Systems, Inc.,

Michael L. Metter, Steven Moskowitz, Frank Lazauskas, and RM Enterprises International, Inc.

    I certify that I am admitted to practice in this Court.

1

AUS 536,068,400

| | |
|---|---|
| Dated: February 3, 2010 | */s/ Paul R. Bessette* |
| | Paul R. Bessette |
| | SDNY Bar No. PB2550 |
| | GREENBERG TRAURIG LLP |
| | MetLife Building |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Tel: 212.801.9200 |
| | Fax: 212.801.6400 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Paul R. Bessette*
Paul R. Bessette