UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

        Plaintiffs,               Case No. 09-CV-8616 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

                                  **NOTICE OF CHANGE**
        Defendants.                     **OF ADDRESS**
----------------------------------------------------------------- X
JEFFREY P. ORLAN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,
                                Case No. 09-CV-9037 (JGK)
        Plaintiffs,

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

        Defendants.
----------------------------------------------------------------- X

     I have cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

     Pursuant to Local Rule 1.3 of this Court, please take notice of the

following attorney information change (s) for: Paul R. Bessette:

1

I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: 46376089; My State Bar Number is: PB2550.

I will continue to be counsel of record on the above-entitled cases at my new firm/agency.

Address:  Greenberg Traurig, LLP
          MetLife Building
          200 Park Avenue
          New York, NY 10166
          Tel: 212.801.9200
          Fax: 212.801.6400
          bessettep@gtlaw.com

Dated: February 3, 2010

/s/ Paul R. Bessette
Paul R. Bessette
SDNY Bar No. PB2550
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212.801.9200
Fax: 212.801.6400

ATTORNEYS FOR DEFENDANTS
SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS and RM ENTERPRISES
INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                        */s/ Paul R. Bessette*
                                        Paul R. Bessette