UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

        Plaintiffs,                    Case No. 09-CV-8616 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

                                                                  **DEFENDANTS' RESPONSE**
        Defendants.            **TO ORDER DATED**
------------------------------------------------------------------ X  **JANUARY 8, 2010**

JEFFREY P. ORLAN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

        Plaintiffs,                    Case No. 09-CV-9037 (JGK)

v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

        Defendants.
------------------------------------------------------------------ X

    The only pending cases defendants know of are the two listed in the caption above:

    *Quang Le, Individually and on behalf of all others similarly situated v. Spongetech Delivery Systems, Inc., Michael L. Metter, Steven Moskowitz, Frank Lazauskas, and RM Enterprises International, Inc.*, Case No. 09-CV-8616 (JGK) in the United States District Court for the Southern District of New York; and

    *Jeffrey P. Orlan, Individually and on behalf of all others similarly situated v. Spongetech Delivery Systems, Inc., Michael L. Metter, Steven Moskowitz, Frank Lazauskas, and RM Enterprises International, Inc.*, Case No. 09-CV-9037 (JGK) in the United States District Court for the Southern District of New York.

Dated: February 3, 2010                    Respectfully submitted,


                                           */s/Paul R. Bessette*
                                           Paul R. Bessette
                                           SDNY Bar No. PB2550
                                           GREENBERG TRAURIG LLP
                                           MetLife Building
                                           200 Park Avenue
                                           New York, NY 10166
                                           Tel: 212.801.2130
                                           Fax: 212.801.6400


                                           COUNSEL FOR DEFENDANTS
                                           SPONGETECH DELIVERY SYSTEMS, INC.,
                                           MICHAEL L. METTER, STEVEN MOSKOWITZ,
                                           FRANK LAZAUSKAS and RM ENTERPRISES
                                           INTERNATIONAL, INC.

*AUS 536,067,986*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ Paul R. Bessette