```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
QUANG LE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

                    Plaintiffs,                Case No. 09-CV-8616 (JGK)

        v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,
                                                  ORDER FOR ADMISSION
                    Defendants.                       PRO HAC VICE
------------------------------------------------------------ X     ON WRITTEN MOTION
JEFFREY P. ORLAN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                    Plaintiffs,                Case No. 09-CV-9037 (JGK)

        v.

SPONGETECH DELIVERY SYSTEMS, INC.,
MICHAEL L. METTER, STEVEN MOSKOWITZ,
FRANK LAZAUSKAS, AND RM ENTERPRISES
INTERNATIONAL, INC.,

                    Defendants.
------------------------------------------------------------ X
```

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-10

Upon the motion of Paul R. Bessette, attorney for Defendants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jesse Z. Weiss
Greenberg Traurig LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
Tel: 512.320.7200
Fax: 512.320.7210
weissjz@gtlaw.com



RECEIVED
FEB 09 2010
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

AUS 536,068,094

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ____2/9____, 2010
New York, New York

_____
United States District Judge

AUS 536,068,094