UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

QUANG LE, ET AL.,

             Plaintiffs,        09 Civ. 8616 (JGK)
                                              09 Civ. 9037
    - against -                     ORDER

SPONGETECH DELIVERY SYSTEMS, INC.,
ET AL.,

             Defendants.
_____

JOHN G. KOELTL, District Judge:

    The defendants are requested to provide the Court with a list of all pending related cases and motions, and any courtesy copies which have not been previously provided.

SO ORDERED.

Dated:    New York, New York
           February 20, 2010

                                            John G. Koeltl
                                  United States District Judge



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/22/10